RAY V. WILSON, INC., v. ELVER L. RICE, an individual trading as E. L. Rice and Company.

163 So. 927.

Division A.

Opinion Filed August 29, 1935.

*M. L. Stephens,* for Plaintiff in Error;
*H. Y. Reynolds,* for Defendant in Error.

PER CURIAM.—This cause having been submitted upon the transcript of the record and the briefs and arguments

of counsel for the respective parties, all of which have been duly considered, the Court finds no error in the record, and the judgment of the court below is accordingly

Affirmed.

WHITFIELD, C. J., and BROWN and DAVIS, J. J., concur.

BUFORD, J., concurs in the opinion and judgment.